994 So.2d 411 (2008)
Kathy E. EMERY, Appellant,
v.
The FLORIDA ELECTIONS COMMISSION, Appellee.
No. 3D07-2448.
District Court of Appeal of Florida, Third District.
October 22, 2008.
Rehearing Denied December 3, 2008.
Kathy E. Emery, in proper person.
Bennett H. Brummer, Public Defender; Courtney Brewer, Deputy Solicitor General, for appellee.
Before WELLS, SHEPHERD, and SUAREZ, JJ.
PER CURIAM.
Affirmed. § 120.68, Fla. Stat. (2007); Cagle v. St. Johns County Sch. Dist., 939 So.2d 1085 (Fla. 5th DCA 2006); see also *412 Beardslee v. Fla. Elections Comm'n, 962 So.2d 390 (Fla. 5th DCA 2007).